Nancy Curry, Chapter 13 Trustee
606 South Olive Street, Suite 950
Los Angeles, CA 90014
(213) 689-3014  FAX (213) 689-3055

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re | ) CASE NO. LA 2:10-bk-12876-VZ |
|  | ) |
|  | ) **CHAPTER 13** |
| **ROMERO, ERNESTO** | ) |
|  | ) **TRUSTEE'S OBJECTION TO CONFIRMATION;** |
|  | ) **0% PLAN; DECLARATION; NOTICE OF** |
|  | ) **POSSIBLE DISMISSAL OR CONVERSION** |
|  | ) |
|  | )   Date/Time: May 10, 2010 09:00 AM |
|  | )   Courtroom 1368 |
| Debtor ) | 255 E. Temple Street |
|  | ) Los Angeles, CA 90012 |

The Chapter 13 Standing Trustee hereby objects to confirmation of the proposed plan because the Debtor has failed to meet all necessary requirements as summarized below and detailed in the attached declaration.

___debtor is ineligible

___payments are not current

___assets, creditors, debts, income are undisclosed/not adequately identified

___inadequate notice/service

___infeasibility

___claims are misclassified

___creditors would receive more in Chapter 7

___it is not a best effort

___business reporting requirements not met

_✓_income documentation inadequate

___other

THE FAILURE OF THE DEBTOR, OR THE ATTORNEY REPRESENTING THE DEBTOR, TO APPEAR AT THE CONFIRMATION HEARING AND FAILURE TO PRESENT EVIDENCE THAT ALL REQUIRED PAYMENTS ARE CURRENT MAY RESULT IN DISMISSAL OR CONVERSION OF THE CASE.

WHEREFORE, the Trustee respectfully requests that confirmation of the plan be denied and for such other relief as the Court may deem appropriate.

DATED:  March 17, 2010                                                           /s/ Nancy Curry

TE OBJ TO PLN CNF

## DECLARATION OF NANCY CURRY

I, Nancy Curry, declare as follows:

1. I am the Chapter 13 Standing Trustee in this matter ROMERO, ERNESTO, , LA 2:10-bk-12876-VZ and I have personal knowledge of files and records kept by my office in the regular course of business. I have personally reviewed the files and records kept by my office in the within case. The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called upon to do so.

2. I object to confirmation of the proposed Plan because of the specific deficiencies which are set forth in the attached exhibit which is incorporated herein by reference. All of these deficiencies existed prior to or at the time of the §341(a) Meeting held in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 17, 2010                                   /s/ Nancy Curry

TE OBJ TO PLN CNF

# EXHIBIT

If the Debtor fails to produce the requested documents and fails to resolve the issues set forth in this objection to confirmation, the Trustee will recommend dismissal or conversion of the case for cause and unreasonable delay that is prejudicial to creditors. See 11 U.S.C. §§1307(c) and 1307(c)(1).

*Other issues may arise at or before confirmation requiring additional action or information by the debtor and counsel.*

## Income

The Debtor is requested to provide complete copies of Federal and State Income Tax Returns, including W-2s, 1099s or other supporting documentation for the most recently ended calendar year [ 11 USC §521(e)(2), LBR 3015-1(c)(3)] – 2009 tax return.

## Miscellaneous

The Debtor has a duty to cooperate with the Trustee. See 11 USC §521(3) and FRBP 4002(4).

The Debtor has the burden of proof for plan confirmation. See In re: *Huerta* 137 BR 356, 365 (Bkrtcy. C.D.Cal., 1992), In re: *Wolff* 22 B.R. 510, 512 (9th Cir. BAP (Cal.) 1982), In re *Hill* 268 B.R. 548, 552 (9th Cir. BAP (Cal.), 2001).

Tc Obj (2.17.10)

```
                                    Case Status Report                                          Page    1
                        Los Angeles Division  Nancy Curry, Chapter 13 Standing Trustee          Chapter 13
                              Status of Case as of    03/17/2010  12:11 PM
```

**1012876-VZ**

| | | | | | |
|---|---|---|---|---|---|
| | ROMERO, ERNESTO | | Not Confirmed | | 60 Rmng of 60 Mos. @ $730.00 /mo. |
| | | | | | Percent Pay Uns    0 |
| | | | Atty: L. BISHOP AUSTIN | | SSN: xxx-xx-1681   xxx-xx- |
| | 6048 NEWLIN | | (213)388-4939 | | Debtor Plan Payment: $730.00 / M |
| | WHITTIER CA 90602 | | | | |
| Debtor Type: | Individual | | Emplyr: WOLVERINE FENCE | | |
| | | | ----- Last 6 Payments ----- | | |
| Filed | 01/27/2010 | 3/16/2010 | $730.00 | $0.00 | Total Paid In    $1,460.00 |
| First Mtg | 03/16/2010 | 2/17/2010 | $730.00 | $0.00 | |
| Confirm Mtg | 05/10/2010 @ 9:00 | | $0.00 | $0.00 | |
| Plan Filed | | | | | |
| Start Pmts | 02/26/2010 | | | | |
| Bar Date | 06/14/2010 | | | | |

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LA COUNTY TAX COLLECTOR | 12025400 | | 201-0 | | Sec | 18.00 | $246.89 | 24 | $9,140.00 | | | $274.20 | $9,140.00 |
| WELLS FARGO AUTO FINANCE | 23000807 | | 202-0 | | Sec | | | 24 | $0.00 | | $27,078.05 | | Direct |
| KONDAUR CAPITAL CORP. | 11000305 | | 301-0 | | Sec A | | $375.00 | 24 | $22,500.00 | | | | $22,500.00 |
| JEFFREY M. MASONEK | 91092157 | | 666-0 | | Lgl | | | 13 | $0.00 | | | | Not Filed |
| L. BISHOP AUSTIN | 91212100 | | 667-0 | | Lgl | | | 13 | $4,000.00 | | $2,000.00 $2,000.00 | | $2,000.00 |
| NANCY CURRY, TRUSTEE | 14009800 | | TRS-0 | | Tru | | | 00 | $3,768.25 | | | | $3,768.25 |

| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $39,408.25 | | $0.00 | $0.00 |
| Total Debt | $31,640.00 | $0.00 | $0.00 | $0.00 | $4,000.00 | $0.00 | $0.00 | Amount Available | $1,460.00 |
| Total Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Funds Held | $0.00 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Principal Balance | $36,222.45 |
| Balance Due | $31,640.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | | $3,768.25 | | |

```
                        Budget
                        ER/H: WOLVERINE FENCE
Inc:    $6,405.66       Occup: INSTALLER
Exp:    $5,668.00       ER/H:
Surp:     $737.66       Occup:
```

## PROOF OF SERVICE OF DOCUMENT

**In Re: ROMERO, ERNESTO**
**Case No. LA 2:10-bk-12876-VZ**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

> NANCY CURRY, CHAPTER 13 TRUSTEE
> 606 S. OLIVE STREET, SUITE 950
> LOS ANGELES, CA 90014

The foregoing document described as **CHAPTER 13 REQUIREMENTS AND MOTION TO DISMISS YOUR CHAPTER 13 BANKRUPTCY CASE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 17, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Attorney for Debtor
L. BISHOP AUSTIN
3250 WILSHIRE BLVD., #1500
LOS ANGELES, CA 90010-

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On March 17, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
ROMERO, ERNESTO
6048 NEWLIN
WHITTIER, CA 90602

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R. Civ.P.5 and/or controlling LBR, on March 17, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 17, 2010 | Jaime Mejia | /s/ Jaime Mejia |
|---|---|---|
| Date | Type Name | Signature |

TE OBJ TO PLN CNF